# IN THE UNITED STATES BANKRUPTCY COURT
## District of Arizona

**In the Matter of**:

Michelle Stephanie Daleske
Walter Patrick Daleske

**Debtor(s)**

}
}
}
}
}
}

Case No. 04-14972-PHX-RTB

Chapter 7

## Motion To Amend Bankruptcy Petition

1. Debtor(s), Michelle Stephanie Daleske and Walter Patrick Daleske, commenced this case on August 24, 2004 by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.

2. On or about **October 8, 2004** debtor(s) discovered that the following information had been inadvertently omitted from his/her/their Petition:

**Debtor Michelle Stephanie Daleske's Social Security Number**          **XXX-XX-3450**

**Debtors also will file an amended Statement of Social Security Number with the Bankruptcy Court.**

Wherefore, debtor(s) pray for an Order to Amend his/her/their Bankruptcy Petition to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Date _10/12/04_

Date _10-12-04_

_Michelle S. Daleske_
Debtor Michelle Stephanie Daleske

_Walter Patrick Daleske_
Codebtor Walter Patrick Daleske