Adam B. Nach – 013622
**LANE & NACH, P.C.**
2025 North Third Street, Suite 157
Phoenix, Arizona 85004-1218
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com

Attorneys for S. William Manera, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | (Chapter 7 Case) |
|---|---|
| WALTER PATRICK DALESKE & MICHELLE STEPHANIE DALESKE, | No. 2-04-14972-RTB |
| Debtors. | **ORDER APPROVING TRUSTEE'S STIPULATED APPLICATION TO COMPROMISE CLAIM** |

After thorough consideration of the Stipulated Application to Compromise Claim filed by S. William Manera, Trustee, and Debtors, and good cause appearing therefor;

THE COURT FINDS that the settlement is in the best interest of the Estate, that the settlement has been duly noticed, with no objections having been received and all other requirements of Bankruptcy Rule 9019 having been satisfied;

IT IS HEREBY ORDERED approving the Stipulated Application and authorizing S. William Manera, Trustee, to accept the sum of $12,601.00 as full and complete settlement of the Estate's claim against Debtors with full payment due on March 15, 2005.

DONE IN OPEN COURT: _____, 2005.

_____
The Honorable Redfield T. Baum
U.S. Bankruptcy Judge

Lane & Nach, P.C.
2025 North Third Street, Suite 157
Phoenix, AZ 85004